**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MARY EVELYN SENECAL,**

      **Plaintiff,**

**v.**                        **Case No.  4:19cv414-MW/MJF**

**STARBUCKS,**

      **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No.10.  Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for Plaintiff's failure to pay the filing fee and for failure to comply with three court orders." The Clerk shall also close the file.

**SO ORDERED on January 3, 2020.**

                        **<u>s/Mark E. Walker</u>**
                        **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk's office advised of her current mailing address as evidenced by returned mail. ECF Nos. 5, 8, 9, and 13.